FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL 26 AM 8:30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MILLICENT P. HOLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2805 Ml/P |
| ) | |
| METHODIST HEALTHCARE, INC. ) | |
| d/b/a METHODIST UNIVERSITY ) | |
| HOSPITAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, entered July 21, 2005, judgment is hereby entered in favor of Defendant Methodist Healthcare, Inc. d/b/a Methodist University Hospital and against Plaintiff Millicent P. Hollins.

APPROVED:

_[signature]_
JON P. McCALLA
UNITED STATES DISTRICT COURT

July 21, 2005
Date

THOMAS M. GOULD

_[signature]_
Clerk of Court

_[signature]_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02805 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT